

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/21/2023
```

April 20, 2023

**MEMO ENDORSED**

<u>VIA ECF</u>
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>Hamilton v. Enterprise Holdings, Inc., et. al.</u>
           <u>Case No.: 22-cv-10860</u>

Your Honor:

    The law firm of Rivkin Radler, LLP represents Defendants, Enterprise Holdings, Inc. d/b/a Enterprise Rent-A-Car and Jessica Sirow, ("Defendants"), in the above-referenced action. By Order dated March 9, 2023, *see, Dkt # 14*, Your Honor Ordered the United States Marshal Service, ("USMS"), to effectuate service on Defendants on or before March 23, 2023.

    On or about April 4, 2023, Defendant Enterprise Holdings, Inc. received from the USMS, by mail, a copy of the Summons and Complaint, along with, *inter alia*, the "Statement Of Service By Mail And Acknowledgment Of Receipt By Mail of Summons and Complaint," ("Acknowledgement Of Receipt"), dated March 23, 2023. On or about April 14, 2023, Defendant Sirow was purportedly served by the USMS, via mail, with the same package.

    Yesterday, as counsel for each Defendant, I acknowledged service within thirty days of Defendants' respective receipt of the Summons and Complaint from the USMS. *See, Exhibits "A" and "B."* Accordingly, in accordance with the terms of the Acknowledgement Of Receipt, Defendants respectfully ask Your Honor to So Order that Defendants' respective responsive pleadings are now due to be filed on or before June 19, 2023, instead of April 28, 2023 as it presently stands. *See, Dkt # 16*.

                                                Respectfully submitted,

                                              Rivkin Radler, LLP

                                              *Kenneth A. Novikoff*

                                              Kenneth A. Novikoff

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER LLP

April 20, 2023
Page 2

cc: All parties via ECF

> Application GRANTED. Defendants' response to the Complaint shall be filed no later than **June 19, 2023**. The Initial Case Management Conference currently scheduled for June 15, 2023, at 11:00 a.m., is hereby ADJOURNED to **June 28, 2023, at 11:00 a.m.** The requirements of the Order Scheduling Initial Case Management Conference (Dkt. 16) remain in effect. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses
> United States Magistrate Judge
> April 21, 2023

7394218.v1