UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,
          Plaintiff,

-against-

ELRAC, LLC,
          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/19/2023
```

22-CV-10860 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of plaintiff Demezz Hamilton's Amended Complaint (Dkt. 25), and defendant ELRAC, LLC's application for an extension of time to respond to the Amended Complaint. (Dkt. 26.)

The Amended Complaint references multiple exhibits (*see* Am. Compl. ¶¶ 12, 19, 21), but no exhibits are attached. No later than **July 26, 2023**, plaintiff shall file these exhibits on the public docket by submitting them to the Pro Se Intake Unit with a copy of this Order.

Defendant's extension application is GRANTED. Its response to the Amended Complaint shall be filed no later than **August 4, 2023**. This Order resolves the motion at Dkt. 26.

Dated: New York, New York
      July 19, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**