```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,

        Plaintiff,

-against-

ELRAC, LLC,

        Defendant.

22-CV-10860 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 19, 2023, the Court ordered plaintiff to file the exhibits referenced in his Amended Complaint no later than July 26, 2023. (Dkt. 29.) On July 28, 2023, the Court extended that deadline *sua sponte*, to August 1, 2023. (Dkt. 30.) However, plaintiff has not yet filed the exhibits. It is hereby ORDERED that plaintiff shall file the exhibits to the Amended Complaint on the public docket, by submitting them to the Pro Se Intake Unit with a copy of this Order, no later than **August 10, 2023**.

As plaintiff's filing is not yet complete, it is further ORDERED that defendant's deadline to respond to the Amended Complaint is EXTENDED to **August 17, 2023**.

The Court notes that plaintiff has consented to electronic service. (*See* Dkt. 11.) However, because plaintiff has failed to respond to the Court's prior orders, the Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
       August 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**