USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,

        Plaintiff,

-against-

ELRAC, LLC,

        Defendant.

22-CV-10860 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 3, 2023, the Court directed plaintiff to file the exhibits to the Amended Complaint (Dkt. 25) on the public docket. (Dkt. 31.) On August 9, 2023, plaintiff filed the exhibits, but attached them to a different, unauthorized version of his pleading, which is also labeled "Amended Complaint," but which drops the claims under the Americans with Disabilities Act and adds claims under the New York State and New York City Human Rights Laws. (*See* Dkt. 32 at 1.)

The Court accepts the <u>exhibits</u> filed at Dkt. 32 as the exhibits to the authorized Amended Complaint at Dkt. 25, which remains the operative pleading. The Court does not accept plaintiff's unauthorized "Amended Complaint." If plaintiff wishes to further amend his operative pleading, he must do so either by stipulation or by motion made pursuant to Fed. R. Civ. P. 15(a)(2).

Defendant's deadline to respond to the Amended Complaint remains **August 17, 2023**.

Dated: New York, New York
      August 10, 2023

SO ORDERED.

_____
**BARBARA MOSES
United States Magistrate Judge**