UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,

           Plaintiff,

    -against-

ELRAC, LLC and JESSICA SIROW,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/16/2023
```

22-CV-10860 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 11, 2023, plaintiff filed a "Motion for Permission to Re-Submit A[]mended Complaint" (Dkt. 34), seeking leave to re-submit his second "Amended Complaint" pursuant to Rule 15(a). Today, defendants informed the Court that they consent to plaintiff's filing the proposed second amended complaint, as of August 11, 2023. (Dkt. 35.)

The Court GRANTS defendants' request. The pleading at Dkt. 32 is accepted as the operative pleading in this action, is designated the Second Amended Complaint, and is deemed filed as of August 11, 2023. Defendants shall respond to the Second Amended Complaint no later than **August 25, 2023**.

This Order resolves the motions at Dkts. 34-35.

Dated: New York, New York
      August 16, 2023

                             **SO ORDERED.**

                             **BARBARA MOSES**
                             **United States Magistrate Judge**