UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,

               Plaintiff,

     -against-

ELRAC, LLC, et al.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/13/2023
```

22-CV-10860 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      On August 25, 2023, defendants timely filed a motion to dismiss this action. (Dkt. 37.) As plaintiff has consented to electronic service (*see* Dkt. 11), he received defendants' motion papers that same day, making plaintiff's opposition papers due September 8, 2023. *See* Local Civ. R. 6.1(b). To date, plaintiff has failed to file any opposition papers.

      Because of plaintiff's *pro se* status, the Court, *sua sponte*, extends his deadline by 30 days. No later than **October 10, 2023**, plaintiff must file his opposition papers. If he fails to do so, the motion to dismiss will be considered unopposed.

Dated: New York, New York
       September 13, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**