```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,

        Plaintiff,

-against-

ELRAC, LLC, et al.,

        Defendants.

22-CV-10860 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter dated October 6, 2023 (Dkt. 48), which requests an extension, of indefinite length, to oppose defendants' motion to dismiss. The Court is also in receipt of defendants' response to plaintiff's request, dated October 9, 2023 (Dkt. 49), and plaintiff's reply, also dated October 9. (Dkt. 51.) Due to plaintiff's *pro se* status, and because (as he acknowledges) his *pro bono* counsel is offering only limited scope representation for purposes of mediation, plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition no later than **October 24, 2023**. As this brings plaintiff's total response time to approximately two months, **no further extensions will be granted absent compelling circumstances**.

Dated: New York, New York
       October 10, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**