

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

February 26, 2024

**VIA ECF**
Judge Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      **Hamilton v. ELRAC, LLC**
                    **Case No.: 22-cv-10860**

Your Honor:

      The law firm of Rivkin Radler, LLP represents Defendants ELRAC, LLC, ("ELRAC"), and Jessica Sirow, (collectively "ELRAC Defendants"), in the above referenced action. The ELRAC Defendants and Plaintiff file this letter jointly to advise Your Honor that the parties have reached a resolution in principle concerning the claims raised in this action.

      The settling parties respectfully request thirty-days to memorialize their resolution.

                    Respectfully submitted,

                    Rivkin Radler, LLP

                    *Kenneth A. Novikoff*

                    Kenneth A. Novikoff

cc: All parties via ECF

66 South Pearl Street, 11th Floor   25 Main Street                    1301 Riverplace Boulevard    477 Madison Avenue           2649 South Road
Albany, NY 12207-1533               Court Plaza North, Suite 501      Jacksonville, FL 32207-9047  New York, NY 10022-5843      Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199       Hackensack, NJ 07601-7082         T 904.792.8925 F 904.467.3461  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                                    T 201.287.2460 F 201.489.0495

7777640.v1