

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

February 27, 2024

**VIA ECF**

Judge Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:      **Hamilton v. ELRAC, LLC**
                  **Case No.: 22-cv-10860**

Your Honor:

      The law firm of Rivkin Radler, LLP represents Defendants ELRAC, LLC, ("ELRAC"), and Jessica Sirow, (collectively "ELRAC Defendants"), in the above referenced action. At the Court's direction, I have inquired and Plaintiff consents to the entry of a 30 day Order.

                              Respectfully submitted,

                              Rivkin Radler, LLP

                              *Kenneth A. Novikoff*

                              Kenneth A. Novikoff

cc: All parties via ECF

4862-4897-5017, v. 1

66 South Pearl Street, 11th Floor    25 Main Street              1301 Riverplace Boulevard   477 Madison Avenue          2649 South Road
Albany, NY 12207-1533              Court Plaza North, Suite 501   Jacksonville, FL 32207-9047   New York, NY 10022-5843     Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199      Hackensack, NJ 07601-7082    T 904.792.8925 F 904.467.3461   T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                    T 201.287.2460 F 201.489.0495

7777640.v1